UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Nathan A. Giguere</u>

    v.                                                Civil No. 11-cv-465-JD

<u>William Wrenn et al.</u>

### **O R D E R**

On March 21, 2012, the court conducted a preliminary review in this matter and issued a report and recommendation (doc. no. 7), recommending that defendants Wrenn and Gerry be dismissed, and an order to amend (doc. no. 8), directing Giguere to amend his complaint to name defendants to the claims, and to provide specific information as to what each identified defendant did or failed to do to violate Giguere's rights. In the order to amend (doc. no. 8), Giguere was advised that a failure to amend his complaint as directed would result in a recommendation that the action be dismissed.

Giguere subsequently filed a document, with attachments, (doc. no. 9) dated April 1, 2012, entitled "Objection to Motion to Dissmiss (sic)." It appears that Giguere has mistakenly referred to the court's order to amend as a "motion to dismiss," as no motion to dismiss has been filed in this matter.

In Giguere's instant filing (doc. no. 9), he states that he has additional facts and documents to add to his complaint in

support of his claims, and that he would like to have the opportunity to do so. Upon review of the filing, and the attachments thereto, the court finds that the document is appropriately construed as an addendum to the complaint. The Clerk's office is therefore directed to docket Giguere's instant filing (doc. no. 9) as an addendum the complaint.

It further appears that Giguere seeks additional time to comply with the order to amend (doc. no. 8). The deadline for Giguere to file a specific objection to the March 21 report and recommendation (doc. no. 7), or to move to amend the complaint, is extended until May 9, 2012.[1] Any further requests for an extension of time must be filed prior to that date, and should demonstrate good cause for the extension.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

April 24, 2012

cc: Nathan A. Giguere, pro se

---

[1] If Giguere seeks to amend his complaint or object to the report and recommendation, such filings must be entitled either "Motion to Amend the Complaint" or "Objection to Report and Recommendation," as appropriate.