UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Nathan A. Giguere</u>

        v.                       Civil No. 11-cv-465-JD

<u>NH Department of Corrections, Commissioner, et al.</u>


<u>O R D E R</u>

On May 30, 2012, an Order was mailed to Nathan Giguere at the NH State Prison, Concord, NH, his last known address. It was returned with the following notation: Return to Sender, Vacant, Paroled. The Clerk's Office has confirmed that Mr. Giguere was paroled on May 11, 2012.

Pursuant to Local Rule 83.6(e), a pro se party is under a continuing duty to notify the clerk's office of any change of address. It is, therefore, ordered that this case is dismissed without prejudice.

SO ORDERED.


July   , 2012                                                 _____
                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge


cc:     Nathan A. Giguere, pro se